IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Conrado Torres, et al., | NO. C 09-00666 JW |
| Plaintiffs, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Aureflam Corp., | |
| Defendant. | |

This case is scheduled for a Case Management Conference on September 14, 2009. (See Docket Item No. 4.) Pursuant to the Court's standing order, the parties were to meet and confer and file a Joint Case Management Statement on or before September 4, 2009. On September 10, 2009, six days after the due date of the Statement, Defendant filed a "unilateral" Statement. (Docket Item No. 10.) To date, Plaintiffs have failed to file their Statement or otherwise communicate with the Court.

In light of the parties' failure to meet and confer in accordance with the Court's Civil Local Rules, the Court continues the September 14, 2009 Case Management Conference to **September 28, 2009 at 10 a.m.** On or before **September 18, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, a good faith discovery plan with a proposed date for the close of all discovery.

Dated: September 10, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jacob William Sider jacobsider@gmail.com
James Dal Bon jdblaw@earthlink.net
John C. Gorman jgorman@gormanmiller.com
Tomas Eduardo Margain margainlaw@hotmail.com

Dated: September 10, 2009          Richard W. Wieking, Clerk

By:     /s/ JW Chambers
        **Elizabeth Garcia**
        **Courtroom Deputy**