James Dal Bon
DAL BON & MARGAIN APC
28 North First Street, Suite 210
San Jose, CA 95113
Tel: (408) 297-4729
Fax: (408) 297-4728

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

CONRADO TORRES, MAXIMILIANO GUERRERO, ROBERTO NARANJO

Plaintiffs,

vs.

AUREFLAM CORPORATION dba PHO-HOA NOODLE SOUP

Defendant

Case No.: C09 00666 RS (HJL)

**Stipulation to Expand Time to Conduct Mediation**

    The parties submit the following Stipulation, to expand the time needed to mediate this case through the United State District Court's ADR Program:

    WHEREAS, the Court referred the matter to the Court's Supervised ADR Program on September 28, 2009;

    WHEREAS, the parties had ninety days until December 27, 2009 to complete mediation;

WHEREAS, the parties the parties were unable to complete this mediation by December 27, 2009 in part because of illness suffered by defense counsel;

WHEREAS, the parties have reserved a date to have this matter mediated on February 16, 2010 with Raymond Wheeler the court appointed mediator;

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, as follows:

1. The parties wish the Honorable District Court Judge expand the time needed to complete court sponsored mediation to February 19, 2010.

| **FOR PLAINTIFFS** | **DAL BON & MARGAIN** |
|---|---|
| DATED: January 27, 2010 | By: //s// James Dal Bon |
| **FOR DEFENDANT** | **GORMAN & MILLER, P.C.** |
| DATED: January 27, 2010 | By: //s// John Gorman |
| | **John Gorman** |

# ORDER

Pursuant to the Stipulation of the Parties and Good Cause shown, the time to conduct mediation has been expanded to February 19, 2010

**IT IS SO ORDERED**

DATED: 01/28/2010

Hon. Richard Seeborg
UNITED STATES DISTRICT COURT JUDGE