John C. Gorman, #91515
GORMAN & MILLER, P.C.
210 North Fourth Street, Suite 200
San Jose, CA 95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

ATTORNEYS FOR DEFENDANT
AUREFLAM CORPORATION

James Dal Bon, #157942
DAL BON & MARGAIN, APC
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728

ATTORNEYS FOR PLAINTIFFS
CONRADO TORRES, MAXIMILIANO GUERRERO,
AND ROBERTO NARANJO

*E-Filed 03/08/2010*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRADO TORRES, MAXIMILIANO GUERRERO, ROBERTO NARANJO;<br><br>Plaintiffs,<br><br>v.<br><br>AUREFLAM CORPORATION dba PHO-HOA NOODLE SOUP;<br><br>Defendant. | Case No. C09-00666 RS (HRL)<br><br>STIPULATION FOR DISMISSAL OF ACTION [F.R.C.P. 41];<br>[PROPOSED] ORDER OF DISMISSAL<br><br>HON. RICHARD SEEBORG |

IT IS HEREBY STIPUALTED between plaintiffs Conrado Torres, Maximiliano Guerrero, and Roberto Naranjo and defendant Aureflam Corporation, by their respective attorneys of record, that the Complaint shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs, except as set forth in the

parties settlement agreement.

Dated: February 16, 2010                GORMAN & MILLER, P.C.

                                        By: _____
                                            JOHN C. GORMAN
                                            Attorneys for Defendant
                                            Aureflam Corporation


Dated: February 16, 2010                DAL BON & MARGAIN, APC

                                        By: _____
                                            JAMES DAL BON
                                            Attorneys for Plaintiffs


ORDER

IT IS ORDERED that this action is dismissed with prejudice.

Dated: March 08, 2010                   _____
                                        HON. RICHARD SEEBORG
                                        United States District Judge